AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Raymond Chestnut,  )  <br> *Petitioner*  ) <br> v.  ) <br> David Ebbert,  ) <br> *Respondents*  ) | Civil Action No.    1:16-cv-01412-RBH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Raymond Chestnut, shall take nothing of the respondent, David Ebbert, and this case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding.

Date:   July 26, 2016                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                   s/M. Walker
                                                                        *Signature of Clerk or Deputy Clerk*